**Roberto Bautista RIVAS,**
**Plaintiff—Appellant,**

v.

**The GEO GROUP, INCORPORATED, as the governing body of Rivers Correctional Institution; George Snyder, Warden; Jeanne Keel, Prison Hospital Administrator; Penny Brown, Doctor; Gaddy Lassiter, Dr., Defendants—Appellees.**

**No. 06–7396.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 23, 2007.

Roberto Bautista Rivas, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Bautista Rivas appeals the district court's order denying relief on his complaint, construed as a *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rivas v. GEO Group, Inc.,* No. 5:06–ct–03049–D (E.D.N.C. July 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*